# Notice Recipients

District/Off: 0207−8 | User: admin | Date Created: 07/15/2024
Case: 8−23−72733−las | Form ID: 178 | Total: 41

**Recipients of Notice of Electronic Filing:**
aty         Peter Corey         pcorey@maccolaw.com

                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Erika M. Millet         3000 Royal Court, Unit 3203         North Hills, NY 11040
tr          Andrew M Thaler         Andrew M. Thaler, Trustee         c/o Cullen and Dykman LLP         The Omni         333 Earle Ovington Blvd., 2nd Fl         Uniondale, NY 11553
aty         Andrew M Thaler         Andrew M. Thaler, Trustee         c/o Cullen and Dykman LLP         The Omni         333 Earle Ovington Blvd., 2nd Fl         Uniondale, NY 11553
smg         NYS Department of Taxation & Finance         Bankruptcy Unit         PO Box 5300         Albany, NY 12205
smg         NYS Unemployment Insurance         Attn: Isolvency Unit         Bldg. #12, Room 256         Albany, NY 12240
smg         NYC Department of Finance         345 Adams Street         Office of Legal Affairs         Brooklyn, NY 11201−3719
smg         United States Trustee         Office of the United States Trustee         Long Island Federal Courthouse         560 Federal Plaza         Central Islip, NY 11722−4437
10221052    1−800 Accountant         260 Madison Avenue         Suite 1001         New York, NY 10016
10221053    Aiston Fine Art Services         PO Box 3434         Grand Central Station         New York, NY 10163
10221054    Amex         P.o. Box 981537         El Paso, TX 79998
10221055    Aspire Credit Card         Attn: Bankruptcy         Po Box 105555         Atlanta, GA 30348
10221058    BMW Bank of North America         PO Box 78066         Phoenix, AZ 85062−8066
10223194    BMW Financial Services NA, LLC         AIS Portfolio Services, LLC         4515 N Santa Fe Ave. Dept. APS         Oklahoma City, OK 73118
10221056    Bank of America         Attn: Bankruptcy         4909 Savarese Circle         Tampa, FL 33634
10288937    Bd. of Dirs. of The Residences North Hills         c/o Smith, Buss & Jacobs, LLP         733 Yonkers Avenue, Ste. 200         Yonkers, NY 10704         Attn: Kenneth H. Amorello, Esq.
10251201    Bd. of Mgrs. of The Residences North Hills, Phase         c/o Smith, Buss & Jacobs, LLP         Kenneth H. Amorello, Esq.         733 Yonkers Avenue, Ste. 200         Yonkers, NY 10704
10221057    Bergdorf Goodman         PO Box 5235         Carol Stream, IL 60197−5235
10221059    D&A Services LLC         1400 E. Touhy Avenue         Des Plaines, IL 60018
10221060    Dbf Collect         Po Box 447         Hewlett, NY 11557
10221061    DiMascio & Associates,LLP         1225 Franklin Avenue         Suite 515         Garden City, NY 11530
10221062    Erika Millet Art Advisory         3000 Royal Court         Unit 3203         North Hills, NY 11040
10221063    Extra Space Storage         1990 Jericho Turnpike         New Hyde Park, NY 11040
10221064    Genesis FS Card Services         Attn: Bankruptcy         Po Box 4477         Beaverton, OR 97076
10221065    Internal Revenue Service         PO Box 7317         Philadelphia, PA 19101−7317
10221066    Kenneth H. Amorella. Esq         Smith Bus & Jacobs LLP         733 Yonkers Avenue         Suite 200         Yonkers, NY 10704
10221067    Kenneth J. Weinstein, P.C         100 Garden City Plaza         Suite 408         Garden City, NY 11530
10221068    Mullooly, Jeffrey, Rooney         & Flynn, LLP         6851 Jericho Tpke. Ste220         PO Box 9036         Syosset, NY 11791−9036
10221069    NYS Department of         Taxation and Finance         Attn: Office of Counsel         Bldg 9 WA Harriman Campus         Albany, NY 12227
10221070    Pryor & Mandelup         675 Old Country Road         Westbury, NY 11590
10221071    Ritz Carlton         5000 Royal Court         New Hyde Park, NY 11040
10221072    Selene Finance         Attn: Bankruptcy         Po Box 8619         Philadelphia, PA 19101
10221073    Sunrise Credit         Services, Inc.         PO Box 9100         Farmingdale, NY 11735−9100
10221074    Synchrony/PayPal Credit         Attn: Bankruptcy         Po Box 965060         Orlando, FL 32896
10221075    The Bureaus Inc         Attn: Bankruptcy         650 Dundee Rd, Ste 370         Northbrook, IL 60062
10221076    Timothy Kelley Millet         8 Pleasant Bay Court         Harwich, MA 02645
10221077    Transworld Systems         PO Box 15618         Dept. 928         Wilmington, DE 19850−5618
10222554    U.S. Bank Trust National Association         Robertson, Anschutz, Schneid, Crane         6409 Congress Ave., Suite 100         Boca Raton, FL 33487
10222555    U.S. Bank Trust National Association         Robertson, Anschutz, Schneid, Crane         6409 Congress Ave., Suite 100         Boca Raton, FL 33487
10221078    West Hills Academy         21 Street Hollow Road         Huntington, NY 11743
10221079    Zwicker & Associates         PO Box 9013         Andover, MA 01810

                                                                                    TOTAL: 40